UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN FRANCES GOODLOW, JR., <br><br> Plaintiff, <br><br> v. <br><br> Mr. CAMACHO, C-Yard Correctional Officer, et al., <br><br> Defendant. | Case No.: 18cv709-CAB-MDD <br><br> **ORDER DENYING MOTION TO AMEND FOURTEENTH AMENDMENT CLAIM [DOC. NO. 49] AND GIVING PLAINTIFF A FINAL OPPORTUNITY TO FILE A FIRST AMENDED COMPLAINT** |

On May 23, 2019, this Court issued an Order Adopting Report and Recommendation and Granting Defendants' Partial Motion to Dismiss ("Order Adopting R&R"). [Doc. No. 45.] In the Order Adopting R&R, the Court gave Plaintiff leave to amend his Fourteenth Amendment claim as to Defendant Keener, and gave him until June 21, 2019, to do so. [*Id.* at 3-4.] On June 21, 2019, Plaintiff filed a Motion to Amend My Fourteenth Amendment Claim as to Sgt. Keener. [Doc. No. 49.] The motion to amend [Doc. No. 49] is **HEREBY DENIED**.

As specifically stated in the Order Adopting R&R, should Plaintiff wish to amend his Fourteenth Amendment claim as to Defendant Keener, he may do so by filing a First Amended Complaint (FAC). Amendments cannot be made by submission of allegations independent of a complaint. The FAC must be complete in itself, and without reference

to his original pleading. Defendants not named and any claims not re-alleged in the FAC will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.") However, Plaintiff may not reallege the claims that have been dismissed without leave to amend in the Order Adopting R&R. Plaintiff has until **July 19, 2019** to file a FAC.

**IT IS FURTHER ORDERED:**

1. If Plaintiff does not file an FAC by July 19, 2019, then Defendants Camacho, Sigala, Salas, and Marin shall answer the complaint, as amended by the Order Adopting R&R, by **August 2, 2019**.
2. Plaintiff shall serve the remaining (unserved) defendants with the operative complaint (either the original complaint or the FAC) by **July 26, 2019**.

**IT IS SO ORDERED.**

Dated: June 24, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge