UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODLOW, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CAMACHO, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 18-cv-709-CAB-MDD<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR MEDICAL EVALUATION**<br><br>[ECF No. 87] |

Plaintiff Ivan Frances Goodlow, Jr. ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, has moved *ex parte* for the Court to order an independent medical examination for him.

Rule 35 of the Federal Rule of Civil Procedure authorizes the Court to "order a party whose mental or physical condition [] is in controversy to submit to a physical or mental exam . . . ." Fed. R. Civ. P. 35(a)(1). Ordering a party to submit to a mental or physical exam requires a showing of "good cause and [] notice to all parties and the person to be examined." *Id.*

Rule 35, however, "does not vest the court with authority to appoint an expert to examine a party wishing an examination of himself." *Smith v. Carroll*, 602 F. Supp. 2d 521, 526 (D. Del. 2009); *See also Cabrera v. William*,

2007 U.S. Dist. LEXIS 66480 (D. Neb. 2007) (denying a prisoner's request for his own medical examination under Rule 35).

Plaintiff's motion for a court-ordered medical examination of himself is **DENIED.**

**IT IS SO ORDERED**.

Dated: July 2, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge