UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOODLOW, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAMACHO, et al., <br><br> Defendants. | Case No.: 18-cv-709-CAB-MDD <br><br> **ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR MENTAL EVALUATION** <br><br> [ECF No. 90] |

Plaintiff Ivan Frances Goodlow, Jr. ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, has moved *ex parte* for the Court to order an independent mental examination for him.

Rule 35 of the Federal Rule of Civil Procedure authorizes the Court to "order a party whose mental or physical condition [] is in controversy to submit to a *physical or mental exam* . . . ." Fed. R. Civ. P. 35(a)(1) (*emphasis* added). Ordering a party to submit to a mental exam requires a showing of "good cause and [] notice to all parties and the person to be examined." *Id*.

Rule 35, however, "does not vest the court with authority to appoint an expert to examine a party wishing an examination of himself." *Smith v. Carroll*, 602 F. Supp. 2d 521, 526 (D. Del. 2009); *See also Grogan v. Kumar*,

2015 U.S. Dist. LEXIS 197003 (S.D. Miss. 2015) (denying a prisoner's request for a psychiatric examination under Rule 35).

Accordingly, Plaintiff's motion for a court-ordered mental examination of himself is **DENIED.**

**IT IS SO ORDERED**.

Dated:   July 7, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge